GENEVIEVE KELLY, VA BAR NO. 86183
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
Post Office Box 868
Washington, D.C.  20044
genevieve.m.kelly@usdoj.gov
Telephone:  (202) 532-4705
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITE OREGON,** | Case No. 3:17-cv-00179-PA |
| **Plaintiff,** | |
| v. | **NOTICE OF APPEARANCE OF GENEVIEVE KELLY** |
| **DONALD TRUMP,** President of the United States, **U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, JOHN KELLY,** Secretary of DHS**, KEVIN K. MCALEENAN**, Acting Commissioner of Customs and Border Protection, **JOHN D. BARNES,** CBP Area Director, Port of Portland, | |
| **Defendants.** | |

   Please be advised that Genevieve Kelly, Trial Attorney at the United States Department of

Justice, Civil Division, Office of Immigration Litigation, District Court Section, is appearing in

the above-titled action on behalf of the Defendants.  Accordingly, please include Ms. Kelly as an

Defs.' Notice of Appearance - 1

attorney of record for Defendants in this case and provide future pleadings or correspondence to her.

    Dated this 15th day of June, 2017.

    Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
District Court Section
Office of Immigration Litigation

GISELA A. WESTWATER
Assistant Director
District Court Section
Office of Immigration Litigation

 *s/ Genevieve Kelly*
GENEVIEVE KELLY
Trial Attorney
District Court Section
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4705
Va. Bar No. 86183
genevieve.m.kelly@usdoj.gov

Attorneys for Defendants